# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF C. X. T.

VOULA T.; AND JONATHAN T.,
                          Appellants,
vs.
C. X. T.; STATE OF NEVADA, CLARK
COUNTY DEPARTMENT OF FAMILY
SERVICES
                          Respondents.

No. 79096

**FILED**

JAN 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
  DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order, entered in a NRS Chapter 432B matter, directing appellants to produce their children for family therapy and to comply with the terms of a stipulation and order for sibling contact. Eighth Judicial District Court, Clark County; Cynthia N. Giuliani, Judge.

This court's review of the docketing statement revealed a potential jurisdictional defect; it appeared that the challenged order was not substantively appealable. In response, appellants contend that the order is appealable as a final judgment, *see* NRAP 3A(b)(1), and under NRAP 3A(b)(7). However, the challenged order does not finally resolve the juvenile protection case. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). And because the challenged order was entered in a juvenile protection proceeding, it is not appealable under NRAP 3A(b)(7). *See* NRAP 3A(b)(7) (allowing appeals from orders "entered in a proceeding that did not arise in a juvenile court that finally establishes or alters the custody of minor children."). Moreover, orders entered in the context of NRS Chapter 432B proceedings are not appealable. *See In re A.B.,*

SUPREME COURT
OF
NEVADA

(O) 1947A

20-02172

128 Nev. 764, 769, 291 P.3d 122, 126 (2012) ("[B]ecause the lower court's order arises from a juvenile proceeding and concerns child custody, it is not substantively appealable under NRAP 3A, and therefore, [the] only remedy is by way of a petition for a writ of mandamus."); *Clark Cty. Dist. Attorney v. Dist. Court*, 123 Nev. 337, 346, 167 P.3d 922, 928 (2007) (considering a petition for extraordinary relief after recognizing that the challenged order, entered under NRS Chapter 432B, is not appealable); *Matter of Guardianship of N.S.*, 122 Nev. 305, 311, 130 P.3d 657, 667 (2006) (recognizing that a writ of mandamus is the appropriate remedy when challenging an order arising in a juvenile proceeding). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Cynthia N. Giuliani, District Judge
Lansford W. Levitt, Settlement Judge
Rosenblum Law Offices
Legal Aid Center of Southern Nevada, Inc.
Warm Springs Law Group
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk